# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Donald Jamaal Patterson ) | Case No: 5:01CR8-04 |
| ) | USM No: 17287-058 |
| Date of Previous Judgment: 01/07/2002 ) | Tanzania C. Cannon Eckerle |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**REASON FOR DECISION:**

In the Court's discretion, the sentence of the Defendant will not be reduced due to the violent nature of the conspiracy for which the Defendant stands convicted. See 18 U.S.C. § 3553(a)(1) and 18 U.S.C. § 3553(a)(2)(A) and (C).

**IT IS SO ORDERED**.

Signed: May 2, 2008

Richard L. Voorhees
United States District Judge